# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOSE GALLARDO-PEREZ, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-33 |
| v. | * | |
| TRACY JOHNS; SARAH RIDGEWAY; and GEORGE ZOLEY, | * | |
| Defendants. | * | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, as set forth herein. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation. Accordingly, the Court **DISMISSES** Plaintiff's Complaint based on his failure to state a claim upon which relief may be granted. The Clerk of Court is **DIRECTED** to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 11 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)